UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RK WEST, INC, | C 08-03452 RS |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| GOOGLE, INC., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 5, 2008 before the Honorable Judge Richard Seeborg has been continued to November 7, 2008 **@ 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on October 28, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375 to take this matter off calendar.

Dated: July 22, 2008                       RICHARD W. WIEKING,
                                           Clerk of Court

                                           /s/_____
                                           Martha Parker Brown
                                           Deputy Clerk