| | |
|---|---|
| 1 | BRIAN S. KABATECK, SBN 152054 |
|   | (bsk@kbklawyers.com) |
| 2 | RICHARD L. KELLNER, SBN 171416 |
|   | (rlk@kbklawyers.com) |
| 3 | ALFREDO TORRIJOS, SBN 222458 |
|   | (at@kbklawyers.com) |
| 4 | KABATECK BROWN KELLNER LLP |
|   | 644 South Figueroa Street |
| 5 | Los Angeles, California 90017 |
|   | Telephone: (213) 217-5000 |
| 6 | Facsimile: (213) 217-5010 |
| 7 | ERIK S. SYVERSON, SBN 221933 |
|   | (eriksyverson@gmail.com) |
| 8 | PICK & BOYDSTON, LLP |
|   | 1000 Wilshire Boulevard, Suite 600 |
| 9 | Los Angeles, CA 90017 |
|   | Telephone: (213) 624-1996 |
| 10 | Facsimile: (213) 624-9073 |
| 11 | Attorneys for Plaintiff |
|    | RK West, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RK West, Inc., a California corporation d/b/a Malibu Wholesale, individually and on Behalf of All Others Similarly Situated, | CASE NO. C08-03452 RS |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF RK WEST, INC.** |
| GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF RK WEST, INC.**

<u>NOTICE OF ASSOCIATION OF COUNSEL</u>

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Kabateck Brown Kellner LLP, being the attorneys of record for plaintiff RK West, Inc. in this proceeding, hereby associates Erik S. Syverson of Pick & Boydston LLP as co-counsel of record in the above-entitled action. The address and telephone number of associated counsel are:

ERIK S. SYVERSON, SBN 221933
PICK & BOYDSTON, LLP
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017
Telephone: (213) 624-1996
Facsimile: (213) 624-9073

Dated: July 30, 2008          KABATECK BROWN KELLNER, LLP

By: _____
ALFREDO TORRIJOS
*Counsel for Plaintiff and the proposed class*

I AGREE TO THE ABOVE ASSOCIATION:

Dated: July 23, 2008          PICK & BOYDSTON, LLP

By: _____
ERIK S. SYVERSON
*Counsel for Plaintiff and the proposed class*

---

— 1 —

**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF RK WEST, INC.**