AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

RK West, Inc., a California corporation d/b/a  )
Malibu Wholesale, individually and on Behalf of  )
All Others Similarly Situated  )
)
)
  Plaintiff  )
    v.  )   Civil Action No.
GOOGLE, INC., a Delaware corporation and  )
DOES 1 through 10, incluslive  )   **C08 03452**  RS
)
)
  Defendant  )

### Summons in a Civil Action

To: GOOGLE, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RICHARD L. KELLNER
KABATECK BROWN KELLNER LLP
644 So. Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __JUL 17 2008__

Richard W. Wieking
Name of clerk of court

*/s/ Betty Walton*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>7/24/2008 |
| NAME OF SERVER *(PRINT)*<br>Craig Lawson, 2002-59 Sacramento County | TITLE<br>California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   Becky DeGeorge, Process Specialist/CSC-Lawyer's Incorporating Service, Registered Agent
   at 2730 Gateway Oaks Drive, #100, Sacramento, California 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/29/2008
                  Date               *Signature of Server*

                  P.O. Box 861057, L.A., CA 90086 [KABBR8725aml]
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.