**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

RK WEST, INC., individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

Defendant.

This Document Relates to:

HAL K. LEVITTE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

Defendant.

**CASE NO. C O8-03452**

**Judge: Hon. Ronald M. Whyte**

**[PROPOSED] ORDER RELATING CASES**

PULASKI & MIDDLEMAN, individually and on behalf of all others similarly situated,
Plaintiff,
v.

GOOGLE, INC., a Delaware corporation,

Defendant.

On August 29, 2008, plaintiff RK West, Inc. filed an Administrative Motion to Consider Whether Cases Should Be Related Cases pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.

IT IS SO ORDERED that the following cases are related:

*RK West, Inc. v. Google, Inc.*, Case No. 08-03452-RS;

*Levitte v. Google, Inc.*, Case No. 08-03369-JW;

*Pulaski & Middleman, LLC v. Google, Inc.*, Case No. 08-3888-SI.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
Honorable James Ware
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Floor, Los Angeles, CA 90017.

On August 29, 2008, I served the foregoing document described as **[PROPOSED] ORDER RELATING CASES** on the interested parties in this action:

[X] **VIA U.S. MAIL -** I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[] **VIA OVERNIGHT EXPRESS** – I am readily familiar with the firm's practice of collection and processing for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Overnight Express, or delivered to an authorized courier or driver authorized by Overnight Express to receive documents, in an envelope or package designated by Overnight Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence

Executed on **August 29, 2008** at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

IRMA DELEON

SERVICE LIST

LEO P. NORTON
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (585) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Google, Inc.*
*(Levitte v. Google, Inc.; RK West v. Google, Inc., and Pulaski & Middleman v. Google, Inc.)*

CADIO ZIRPOLI
GUIDO SAVERI
RICHARD ALEXANDER SAVERI INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6813
Facsimile: (415) 217-6813

*Attorneys for Plaintiff Pulaski & Middleman, LLC*
*(Pulaski & Middleman v. Google, Inc.)*

ADAM C. BELSKY
TERRY GROSS
MONIQUE ALONSO
GROSS & BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

*Attorneys for Plaintiff Pulaski & Middleman, LLC*
*(Pulaski & Middleman v. Google, Inc.)*

KIMBERLY ANN KRALOWEC
WILLIAM F. JONCKHEER
SCHUBERT JONCKHEER KOLBE & KRALOWEE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Attorneys for Plaintiff Hal K. Levittee*
*(Levitte v. Google, Inc.)*