| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | LEO P. NORTON (216282) (lnorton@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA  92121 |
| | Telephone:     (858) 550-6000 |
| 4 | Facsimile:      (858) 550-6420 |
| 5 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RK WEST, INC., a California corporation d/b/a/ Malibu Wholesale, individually and on Behalf of All Others Similarly Situated, | Case No.  08-CV-03452 JW |
| Plaintiff, | [~~PROPOSED~~] **ORDER** FINDING AS MOOT **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| GOOGLE, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendant. | |

The Court finds AS MOOT the parties stipulation to continue Initial Case Mangement Conference and related deadlines.  On November 3, 2008 the Court issued a Related Case Order (see Docket Item Number 27) .  The Court set a Case Management Conference for **Febrary 23, 2009 at 10:00 AM** for **ALL** related cases.  The parties are to file a joint case management conference statement in their respecitve case file by **February 13, 2009.**

**IT IS SO ORDERED**.

Dated: __November 25__, 2008

_____
James Ware
United States District Judge

608714 /SD

1.  **[PROPOSED] ORDER GRANTING STIP TO CONTINUE CMC & RELATED DEADLINES**
    **08-CV-03452 RMW RS**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO